[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 21, 2010
JOHN LEY
CLERK

No. 09-12618
Non-Argument Calendar

_____

D. C. Docket No. 08-00337-CR-1-KD-B

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TOMMIE LEE MITCHELL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(June 21, 2010)

Before EDMONDSON, BIRCH and HILL, Circuit Judges.

PER CURIAM:

Paul D. Brown, appointed counsel for Tommie Lee Mitchell, has filed a

motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Mitchell's conviction and sentence are **AFFIRMED**.